**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ALPHONSO S. WILSON                                                                                     PETITIONER
ADC #133643

v.                                           No. 5:08CV00081 JLH

LARRY B. NORRIS, Director,
Arkansas Department of Correction                                                                RESPONDENT

## ORDER

The Court has received a Recommended Disposition from United States Magistrate Judge Beth Deere recommending that petitioner's petition for writ of habeas corpus be dismissed. After a *de novo* review of the record and the objections filed by the petitioner, the proposed findings and recommended disposition are adopted in their entirety as the findings and the disposition of the Court. It is therefore ordered that petitioner's petition for writ of habeas corpus is dismissed with prejudice.

IT IS SO ORDERED this 20th day of April, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE